UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DENNIS SHERROD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNKNOWN,<br><br>    Defendant. | 1:19-cv-00839-GSA-PC<br><br>**SECOND ORDER REQUIRING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY $400 FILING FEE WITHIN 45 DAYS**<br><br>**FORTY-FIVE-DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 10, 2019, in the Sacramento Division of the United States District Court for the Eastern District of California. (ECF No. 1.) On June 14, 2019, the case was transferred to this court. (ECF No. 4.)

On June 17, 2019, the court issued an order requiring Plaintiff to file an application to proceed in forma pauperis or pay the $400.00 filing fee for this action within 45 days. (ECF No. 5.) On July 22, 2019, Plaintiff notified the court that his submission of an inmate trust account statement had been delayed because he needed to work with his former counselor to obtain the document. (ECF No. 6.)

1

More than 45 days have passed since the court's prior order, and the court has not received Plaintiff's application to proceed in forma pauperis, trust account statement, or $400.00 filing fee. Plaintiff shall be afforded another opportunity to submit the application or pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk is directed to send Plaintiff an application to proceed in forma pauperis;

2. Within 45 days of the date of service of this order, Plaintiff is required to complete and submit the enclosed application to proceed in forma pauperis or pay the $400.00 filing fee for this case; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **August 8, 2019**  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE