UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DENNIS SHERROD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OREGEL, et al.,<br><br>　　　　Defendants. | 1:19-cv-00839-DAD-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT |

　　　　Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 28, 2021, Plaintiff filed his Second Amended Complaint and requested an extension of time to file the Second Amended Complaint.  Plaintiff's motion for extension of time shall be denied as moot because the Second Amended Complaint was timely filed.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time to file the Second Amended Complaint is denied as moot.

IT IS SO ORDERED.

　　Dated:　**September 16, 2021**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE