1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11  ALBERT DENNIS SHERROD, | No.  1:19-cv-00839-DAD-GSA (PC) |
|---|---|
| 12         Plaintiff, | |
| 13      v. | ORDER ADOPTING FINDINGS AND |
| 14  UNKNOWN, | RECOMMENDATIONS IN FULL AND DISMISSING CASE WITHOUT PREJUDICE |
| 15         Defendant. | (Doc. No. 32) |

16

17

18         Plaintiff Albert Dennis Sherrod is a state prisoner proceeding *pro se* and *in forma*

19 *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a

20 United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On October 4, 2021, the assigned magistrate judge issued findings and recommendations,

22 recommending that this action be dismissed due to plaintiff's failure to state a claim under 42

23 U.S.C. § 1983, without prejudice to his filing of a petition for writ of habeas corpus.  (Doc. No.

24 32.)  In particular, the magistrate judge found that plaintiff's claim is barred by the favorable

25 termination rule of *Heck v. Humphrey*, 512 U.S. 477, 487–88 (1994) and *Edwards v. Balisok*, 520

26 U.S. 641, 643–47 (1997).  (*Id.* at 3.)  The pending findings and recommendations were served on

27 plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

28 /////

1

1    days from the date of service.  (*Id.* at 3–4.)  To date, no objections have been filed, and the time in

2    which to do so has since passed.

3            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

4    de novo review of the case.  Having carefully reviewed the entire file, the court finds the findings

5    and recommendations to be supported by the record and by proper analysis.

6            Accordingly,

7        1.      The findings and recommendations issued on October 4, 2021 (Doc. No. 32) are

8                adopted in full;

9        2.      This action is dismissed due to plaintiff's failure to state a 42 U.S.C. § 1983 claim,

10               without prejudice to his filing of a petition for writ of habeas corpus; and

11       3.      The Clerk of the Court is directed to close this case.

12   IT IS SO ORDERED.

13       Dated:   **November 22, 2021**                          _____

14                                                               UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28